UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

In re:  
Ivette Bueno-Abreu,  
a/k/a Ivette Bueno,  
a/k/a Ivette Abreu,  

    Debtor.

CASE NO.: 5:20-bk-03309-MJC  
CHAPTER 13

/

## PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY

**PLEASE TAKE NOTICE THAT** on behalf of U.S. Bank National Association ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Motion for Relief from Automatic Stay (Docket Entry No. 58), filed March 24, 2025.**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC  
Attorneys for Secured Creditor  
130 Clinton Rd #202  
Fairfield, NJ 07004  
Telephone: 470-321-7112  
Facsimile: 404-393-1425  
By: /s/Sherri R. Dicks  
SHERRI R. DICKS, Esq.  
Email: sdicks@raslg.com

# CERTIFICATE OF SERVICE

       **I HEREBY CERTIFY** that on March 24, 2025, I caused to be filed electronically the foregoing with the Clerk of Court via the CM/ECF system, and caused a true and correct copy to be served via electronic mail and/or First Class Mail, postage prepaid, to the following:

Ivette Bueno-Abreu
312 Clicko Lane
East Stroudsburg, PA 18301

**E-Mail Service:** via CM/ECF e-mail notification to the following:

Vincent Rubino, Esq.
Email: VRubino@newmanwilliams.com

Jack N. Zaharopoulos
Email: info@pamd13trustee.com

D. Troy Sellars
Assistant United States Trustee
Email: ustpregion03.ha.ecf@usdoj.gov

                                      By: /s/Sherri R. Dicks
                                          SHERRI R. DICKS